Wesley V. PATTERSON, Appellant,

v.

UNITED STATES of America.

No. 16096.

United States Court of Appeals
Eighth Circuit.

Oct. 1, 1958.

Richard Meyers, St. Paul, Minn., for appellant.

Fallon Kelly, U. S. Atty., South St. Paul, Minn., and Mr. Kenneth G. Owens, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

U. S. EPPERSON UNDERWRITING COMPANY, As Attorney-in-Fact for Lumbermen's Underwriting Alliance, Appellant,

v.

W. L. JESSUP, Jr., d/b/a Brooks-Jessup Lumber Company, et al., Appellees.

No. 17179.

United States Court of Appeals
Fifth Circuit.

Nov. 5, 1958.

Hamilton Napier, Macon, Ga., Thomas H. Watkins, Jackson, Miss., Watkins & Eager, Jackson, Miss., of counsel, for appellant.

C. Baxter Jones, Cubbedge Snow, Macon, Ga., Hal M. Smith, Eastman, Ga., Jones, Sparks, Benton & Cork, Macon, Ga., Hal M. Smith, Eastman, Ga., Martin, Snow, Grant & Napier, Macon, Ga., of counsel, for appellees.

Before HUTCHESON, Chief Judge, and TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The questions presented on this appeal and sound reasons sustaining the judgment from which the appeal is taken appear in the opinion of the District Judge. United States Epperson Underwriting Co. v. Jessup, D.C., 22 F.R.D. 336. We are in agreement with its conclusions. The judgment is

Affirmed.